UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINCESSE SAMUEL,

Plaintiff,

-against-

NEIL BENDER; ELIJAH BENDER; MARIKA BENDER,

Defendants.

26-CV-9930 (VSB)

ORDER OF SERVICE

VERNON S. BRODERICK, United States District Judge:

Plaintiff brings this *pro se* action under Title VII of the Civil Rights Act of 1964, alleging that Defendants discriminated and retaliated against her on the basis of her color, sex, and religion. The complaint may also be construed as asserting claims under the New York State and City Human Rights Laws. By order dated November 16, 2026, the Court granted Plaintiff's request to proceed *in forma pauperis*.

**DISCUSSION**

**A. William Gottlieb Management Co., LLC**

Under Rule 21, the Court, on its own motion, "may[,] at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21; *see Anwar v. Fairfield Greenwich, Ltd.*, 118 F. Supp. 3d 591, 618-19 (S.D.N.Y. 2015) (Marrero, D.J.) (Rule 21 "afford[s] courts discretion to shape litigation in the interests of efficiency and justice."). The Court directs the Clerk of Court, pursuant to Rule 21, to add as a Defendant William Gottlieb Management Co., LLC. This addition is without prejudice to any defenses William Gottlieb Management Co., LLC may wish to assert in this action.

**B. Order of service**

Because Plaintiff has been granted permission to proceed IFP, Plaintiff is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)). Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that the summons and complaint be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served the summons and complaint until the Court reviewed the complaint and ordered that a summons be issued. The Court therefore extends the time to serve until 90 days after the date the summonses are issued. If the complaint is not served within that time, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service); *see also Murray v. Pataki*, 378 F. App'x 50, 52 (2d Cir. 2010) ("As long as the [plaintiff proceeding IFP] provides the information necessary to identify the defendant, the Marshals' failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m).").

To allow Plaintiff to effect service on Defendants through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants.

Plaintiff must notify the Court in writing if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is directed to add as a Defendant to the caption of this case William Gottlieb Management Co., LLC, pursuant to Federal Rule of Civil Procedure Rule 21.

The Clerk of Court is further instructed to issue summonses for Defendants Neil Bender, Elijah Bender, Marika Bender, and William Gottlieb Management Co., LLC, complete the USM-285 form with the address for each Defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is directed to mail an information package to Plaintiff.

SO ORDERED.

Dated: November 18, 2026
New York, New York

Vernon Broderick

VERNON S. BRODERICK
United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. William Gottlieb Management Co., LLC
   353 West 12th Street
   New York, N.Y. 10014

2. Neil Bender
   William Gottlieb Management Co., LLC
   353 West 12th Street
   New York, N.Y. 10014

3. Elijah Bender
   William Gottlieb Management Co., LLC
   353 West 12th Street
   New York, N.Y. 10014

4. Marika Bender
   William Gottlieb Management Co., LLC
   353 West 12th Street
   New York, N.Y. 10014